# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHEVONNE TYNER, f/k/a Chevonne Hubbard, an individual, ] ] ] | |
| Plaintiff, ] ] ] | |
| v. ] ] ] | CIVIL ACTION NO.: 2:16-CV-552 KOB |
| MIDLAND FUNDING, LLC, a corporation and MIDLAND CREDIT MANAGEMENT, INC., a corporation, ] ] ] ] | |
| Defendants. ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Tuesday, August 30, 2016 that final settlement documentation could not be completed.

DONE and ORDERED this 1st day of July, 2016.



KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE